1012

[Nos. 72097-0-I; 72098-8-I.   Division One.   March 2, 2015.]

*In the Matter of the Dependency of* J.O. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. SONIA OROZCO-SALGADO, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 13-7-12346-9 and 13-7-12347-7, Roger Rogoff,
J., entered May 9, 2014. *Affirmed* by unpublished opinion
per Leach, J., concurred in by Appelwick and Trickey, JJ.

[No. 72761-3-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DULATRE
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 12-1-00451-8, Jeanette Dalton, J., entered July
12, 2013. *Affirmed* by unpublished opinion per Leach, J.,
concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 72762-1-I.   Division One.   March 2, 2015.]

LYSANDRA NESS, *Appellant*, v. JIAN SONG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-2-08604-8, Stephanie A. Arend, J., entered
November 8, 2013. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Becker and Schindler, JJ.

[No. 72764-8-I.   Division One.   March 2, 2015.]

CAPITAL ONE BANK (USA), N.A., *Respondent*, v. DAVID L.
KOPLITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 11-2-02189-8, Wm. Thomas McPhee, J.,
entered August 9, 2013. *Affirmed* by unpublished opinion
per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.